**Order entered June 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00954-CV

## IN THE MATTER OF THE MARRIAGE OF LORIE RUTH BAKER AND GREGORY JOSEPH FINSTER

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-13669**

## ORDER

By letter dated May 17, 2019, the Court instructed appellant to file an amended brief correcting noted deficiencies. Appellant sought clarification and the Court responded by letter dated June 3, 2019. To date, appellant has not filed his amended brief. We **ORDER** appellant to file his amended brief by **June 17, 2019**.

Before the Court is appellee's June 4, 2019 motion seeking an extension of time to file her brief until thirty days after appellant files his amended brief. We **GRANT** the motion **to the extent** that appellee shall file her brief by **July 17, 2019**.

/s/    ERIN A. NOWELL
JUSTICE